HONORABLE MARSHA J. PECHMAN

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8   WINDWATCH HOMEOWNERS
    ASSOCIATION, a Washington Non-Profit
9   Corporation,

10                                   Plaintiff,

11  v.

12  HDI GLOBAL INSURANCE COMPANY, an
    Illinois Corporation;  and DOE INSURANCE
13  COMPANIES 1-10,

14
                                     Defendants.
15

NO.  2:23-cv-01671-MJP

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT HDI GLOBAL INSURANCE
COMPANY WITHOUT PREJUDICE AND
WITHOUT COSTS AND REQUEST THAT
THE CASE BE CLOSED

16

17         Pursuant to FRCP 41(a), Plaintiff Windwatch Homeowners Association (the

18  "Association") hereby dismisses its claim only against Defendant HDI Global Insurance Company

19  ("Defendant") without prejudice and without costs.  Defendant has not served either an answer or a

20  motion for summary judgment, and FRCP Rules 23(e), 23.1(c), 23.2 and 66 do not apply to this

21  action. Accordingly, the Association may dismiss its claim against Defendants without a court

22  order pursuant to FRCP 41(a).  As no other Defendants remain in this lawsuit other than Doe

23  Insurance Companies 1-10 which the Association also dismisses without prejudice and without

24  costs, the Association asks that this case be closed.

25         DATED this 7th day of December, 2023.

26

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT HDI GLOBAL INSURANCE COMPANY
WITHOUT PREJUDICE AND WITHOUT COSTS AND
REQUEST THAT THE CASE BE CLOSED (No. 2:23-
cv-01671-MJP) - 1

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660

**STEIN, SUDWEEKS & STEIN, PLLC**

*/s/ Jerry H. Stein*
*/s/ Justin D. Sudweeks*
*/s/ Daniel Stein*
Jerry H. Stein, WSBA 27721
Justin D. Sudweeks, WSBA 28755
Daniel J. Stein, WSBA 48739
16400 Southcenter Pkwy, Suite 410
Tukwila, WA 98188
Email: jerry@condodefects.com
justin@condodefects.com
dstein@condodefects.com
Telephone: (206) 388-0660
Facsimile: (206) 286-2660
***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT HDI GLOBAL INSURANCE COMPANY
WITHOUT PREJUDICE AND WITHOUT COSTS AND
REQUEST THAT THE CASE BE CLOSED (No. 2:23-
cv-01671-MJP) - 2

STEIN, SUDWEEKS & STEIN, PLLC
16400 SOUTHCENTER PARKWAY, SUITE 410
TUKWILA, WA 98188
PHONE 206.388.0660 FAX 206.286.2660